**Order entered December 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01507-CV

## IN RE COMELLA BROWN, Relator

**Original Proceeding from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. CV-19C-140**

## ORDER
Before Justices Schenck, Reichek, and Evans

Based on the Court's opinion of this date, relator's December 9, 2019 petition for writ of mandamus is **DENIED**. We **DENY AS MOOT** relator's December 9, 2019 application for temporary restraining order.

/s/      DAVID EVANS
          JUSTICE